*Thursday, February 19, 1998*

## MOTION DOCKET

**97–568.   Am. Assn. of Univ. Professors, Cent. State Univ. Chapter, v. Cent. State Univ.**
Greene App. No. 96CA21.  This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Greene County.  Upon consideration of the motion of *amicus curiae,* Ohio Education Association, to participate in oral argument currently scheduled for March 4, 1998,
    IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellee/cross-appellant.

## MISCELLANEOUS DISMISSALS

**96–2867.   Snider v. Massillon Container Co.**
Franklin App. No. 96APD01–116.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1428.   Rhodes v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 92–D–17.  This cause is pending before the court as an appeal from the Board of Tax Appeals.  Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–302.   Green Twp. Bd. of Trustees v. Kleve.**
Hamilton App. No. C–960731.  This cause is pending before the court as a discretionary appeal.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due February 12, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,
    IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Friday, February 20, 1998*

## MOTION DOCKET

**96–536.   State v. Henness.**
Franklin App. No. 94APA02–240.  Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Franklin County Common Pleas Court,
    IT IS ORDERED by the court that said motion be, and the same is hereby, granted.
    IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.
    IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.